UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONORAN SCANNERS, INC. and <br> JOSEPH P. DONAHUE, <br> *Plaintiffs,* <br><br> v. <br><br> PERKINELMER, INC., <br> *Defendant.* | ) <br> ) <br> ) <br> ) Civil Action No. 06-12090-RCL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF JOSEPH P. DONAHUE

Joseph P. Donahue, being over the age of 18, being duly sworn, hereby deposes and says:

1. My name is Joseph P. Donahue. I reside near Tucson, Arizona. I am a plaintiff in this action and the president and largest stockholder of the other plaintiff, Sonoran Scanners, Inc. ("Sonoran"). I am providing this affidavit to provide a more easily accessible reference to matters I testified to in my deposition and to add additional information which was not elicited in my deposition.

2. I formed Sonoran Scanners in 1997 to develop and market high speed computer-to-plate technology ("CTP") to large metropolitan newspapers and other graphic arts publishers. At the time I developed the CactusSetter, the market for computerized CTP machinery was expanding rapidly. By early 2001, it was clear that the market size exceeded 10,000 units worldwide. The first target, large American dailies, require at least two and often several more CTP machines to accommodate the demand for many plates in a short period of time, a function called "redundancy". Sonoran's product was designed to be a high-speed machine which operated much more quickly than the competitors' CTP equipment – saving labor costs – and

utilized ultra-violet plates, ("UV plates") which were considerably less expensive than visible and thermal plates utilized by most of its competitors. Further, Sonoran's equipment also eliminated the costly and time-consuming film process required by older conventional plate exposure technology.

 3. The prototype was demonstrated successfully at the 2000 NEXPO show. Sonoran was ready to place the first "Beta" machine, but Norm Bogen, an experienced sales engineer and manager and 9% owner of the company, reported that some potential purchasers expressed concern over whether Sonoran was too small to assure that it could provide long-term support. Further, Sonoran was running low on cash. I had funded it myself, investing $3.5 million and taking back a first security interest. While I did not have much experience in buying and selling companies, I knew my product well and believed it had a strong potential for success. I decided to seek a strategic partner or purchaser, and, toward that end, I asked Norm Bogen to contact Greg Baxter of PerkinElmer.

 4. I told Baxter in 2000 that Norm Bogen was a key employee. Bogen had spent two years "seeding" the market and had some good prospects who'd shown genuine interest in buying the CactusSetter, because he'd formed strong relationships in the marketplace and with plate companies, and because he knew the product well. As an engineer, Bogen handled both the sales function and technical sales functions well. I told Baxter that Bogen needed a raise, that one was long overdue, that Bogen needed his expenses paid because he lived in Scottsdale and came down to Tucson three or four days every week, and that he should get a commission. I explained the same facts, mentioning $125,000 per year, to John Letcher in late March or April, 2001. Neither indicated it would be a problem to employ him.

5.  After Norm rejected PerkinElmer's first offer of employment at $100,000 a year, with no expenses or commission, I told Baxter and Letcher that Bogen was very important, and I asked them to come up with a better offer. In the following days, Greg Baxter told me he was having trouble with Corporate (he actually used the phrase "home office"), but that Bogen would get a better offer after the closing. He said we should close, and he'd get a better offer for Bogen. However, after the closing, no offer of employment was made.

6. All of the negotiations at PerkinElmer's end were accomplished by Kenneth Horton of their general counsel's office and Hale and Dorr. Mr. Horton was in Tucson once, at the time that I referenced above when I met with John Letcher. Nobody told me that Guy Antley was going to be put into Norm Bogen's role. Nor was I told that I was not going to have budget authority or control over sales and marketing. In fact, John Letcher had told me the opposite. However, within days and weeks of the closing, sales and marketing was moved to Azusa and I was told that Azusa (Lithography) would do the budgeting. A few months later, Baxter told me that the market for his products, printed circuit boards, was collapsing and that he had known before the closing that Lithography was going to have a terrible year. He told me that Perkinelmer's policy was to take away funding from units that were doing poorly, such as Lithography, and that he hadn't had the heart to tell me before the closing, but that the technology roadmap we had agreed to before the closing was going to have to be "self-funded" from CTP sales or not funded at all.

7. This was a terrible blow. It had cost $235,000 to construct the CactusSetter. The laser component for the machine cost about $70,000. Digital micro mirror devices ("DMDs") were going to replace lasers as the state of the art in ultraviolet CTP and I wanted to develop a machine using them. This would make the machine lighter, smaller and less expensive to build by about $70,000 per unit. Baxter told me that funding this was unlikely now, unless I could

convince Life Sciences to spring for it as a way of using DMD's in their products. Instead of funding DMD-based CTP, which would have been developed in Tucson, he announced a re-design of the CactusSetter that would make it larger, bulkier, and more costly. He told me that he wanted the whole Lithography line to have the same appearance and that he wanted to make the machine more modular, for easier construction. This work was done in Azusa and had the effect of moving much of the manufacturing functions there.

      8. He had told me that he would keep selling the CactusSetter while the re-design proceeded, but for the most part this did not occur. It took better than six months to turn the CactusSetter into the ProForm Metro and by that time the first year of my (and Sonoran's) earnouts had almost passed. Needless to say, I was unhappy with this. Baxter told me that he understood, and that the problem would be dealt with by extending the earnout period. He told me he would check with his boss, but nothing ever happened.

      9. Guy Antley was never a competent salesman of CTP equipment. He never mastered either the technical functions of the machine or the Cost of Ownership model, which was critical to educating potential customers to the cost savings of the product over the competitors – in spite of the higher retail price. He started out enthusiastic but after October, 2001, he made a half-hearted effort, and he began to spend more time selling the other product line—printed circuit boards. It was important that Antley master technical aspects because PerkinElmer was unwilling to assign a sales engineer to the project, meaning that Antley was the technical interface between the newspapers and Tucson. He often made misstatements, turned over wrong information, and showed the technical, operational and financial people at newspapers that he did not know what he was talking about. I, as well as others at Tucson, complained about Antley's failings to management but our concerns went unheard.

10. One of the greatest concerns to me was that Lithography—meaning Baxter—and his replacements in Salem refused to listen to me about price. Further, they refused to give me much information about what was going on in the market. I felt that the first machines should be beta priced—in other words sold at a little more than cost, with strong warranty and spare parts terms—and even a machine or two should be placed with a newspaper on a trial basis with the idea that if they liked it, they would pay a higher price. Baxter kept refusing this, as did his replacements. I went along, particularly when Baxter told me about some buyers for whom price, he thought, was not an issue. I kept pressing for the DMD technology and for the lower cost machines, but Baxter refused. After Mr. Watkins sent his memo in October, 2002, Baxter and I had few communications. He told me he blamed me for the memo. When Mr. Iadonisi was installed, he told me that price was not his area and that I should take the issue to others.

11. One of the best early prospects, Pennysaver, who had been ready to buy before the sale to PerkinElmer, ended up buying basysPrint's system. According to a memo sent by Antley to me, the reasons they gave were redundancy—which means price--, the feeling it had that Perkinelmer wasn't really committed to CTP, and the fact that it could see other machines working in the field. Among other things, this confirmed to me the importance of getting machines into the field at low prices and concentrating on large daily newspapers, for whom the cost savings of our product would be greater than Pennysaver. I received no response.

12. I was deeply involved in the effort to sell MacDermid. The issue was that Jerry Hall of MacDermid was concerned that PerkinElmer was not committed to the project. Baxter and Jerry Jurkiewicz of PerkinElmer wanted MacDermid to pay the costs of developing the prototype—and Jurkiewicz was not satisfied with the size of the check MacDermid wrote. Finally, I was given the go ahead to construct the flexo prototype and this led to a sale to the

Manchester Union Leader. It has to be understood that I was an at-will employee and while my payouts would continue, I would not be in a position to influence CTP's future at all. At around the time that the Manchester Union Leader sale occurred, Jerry Hall asked me to obtain PerkinElmer's long term commitment to the project. When I approached Jerry Jurkiewicz, he told me not commit to it. I didn't know that Tucson CTP was under review and was not told about its closure until August. I was not told about the sale of the assets to MacDermid until after it had been worked out, at which time I was asked to prepare the assets for sale.

     13. The cost to produce the CactusSetter was less than $250,000, and I anticipated that the costs could be reduced over time at PerkinElmer because efficiencies are gained with production volume and as production becomes routine. The largest material outlay was the laser, which cost less than $70,000. Neither Lithography nor Tucson were union shops. Labor costs, totally burdened, were $50 per hour. It required 400 hours, $20,000, to assemble the machine in production. The remainder of the cost is other materials and general overhead. For the Flexo CTP, MacDermid agreed to pay us $409,000 per automatic machine, not including the laser which was more powerful and expensive than offset, but which MacDermid agreed to supply on its own. Some of its customers wanted to save money by buying a manual machine which cost less (40% less to make and sells for 40% less). The higher overall price with laser, $535,000, was reached because MacDermid makes its profits from plates—and flexo users use hundreds of thousands of plates per year. Less the laser, the cost to build the Flexo machine, which had a more elaborate plate handling system than the offset version, was $200,000.

     14. During the time period that PerkinElmer had a CTP division, I was not allowed budget control. No money was spent for professional public relations; the only money spent for advertising was for one small entry before the 2003 NEXPO show. I was not given money for

computers, computer servers, necessary materials, and equipment needed to develop the DMD version of the machine. There was no budget for capital equipment for any CTP development provided.

Signed and sworn under the pains and penalties of perjury this 6th day of August, 2008.

*Joseph P. Donahue*
_____
Joseph P. Donahue