UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SONORAN SCANNERS, INC., ET AL**
  Plaintiff(s)

  v.                               CIVIL ACTION NO.**06-12090-RCL**

**PERKINELMER, INC.**
  Defendant(s)

### JUDGMENT IN A CIVIL CASE

YOUNG, D.J.

☐  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by the Court**. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**

  Judgment for the defendant, PerkinElmer, Inc.


                                             Sarah A. Thornton, Clerk

Dated: 12/23/08                              /s/ Lisa M. Hourihan
                                             ( By )  Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____%.

(judgciv.frm - 10/96)                                              [jgm.]