UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONORAN SCANNERS, INC. and<br>JOSEPH P. DONAHUE,<br>       *Plaintiffs*<br><br>v.<br><br>PERKINELMER, INC.,<br>       *Defendant*. | )<br>)<br>)<br>)<br>) Civil Action No. 06-12090-WGY<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT PERKINELMER, INC.'S MOTION FOR A STATUS CONFERENCE**

Pursuant to Fed. R. Civ. P. 16, defendant PerkinElmer, Inc. respectfully requests that the Court schedule a status conference now that the First Circuit has denied the parties' respective rehearing petition and reconsideration motion. A status conference is necessary to set a new schedule with respect to (a) PerkinElmer's summary judgment motion, (b) motions concerning expert witnesses, (c) pretrial disclosures and objections, (d) a final pretrial conference, and (e) trial. Although PerkinElmer maintains that this case is ripe for summary judgment, as demonstrated by its summary judgment motion filed January 6, 2010, PerkinElmer believes it would be beneficial to the parties and the Court to have in place a schedule for all of these matters, including trial-related matters should the Court conclude trial is warranted on plaintiff Sonoran's sole remaining claim.

In support of this motion, PerkinElmer respectfully submits the following:

1.    On November 5, 2009, this Court conducted a status conference and set a schedule for further summary judgment briefing in light of the First Circuit's decision and remand. The Court also scheduled a final pretrial conference for January 4, 2010 and placed the

case on the February rolling trial list.  The Court noted during the November 5 status conference that action by the First Circuit with respect to any petitions for rehearing might render the schedule ineffective and require issuance of a new schedule.

2. On November 12, 2009, PerkinElmer filed a petition for rehearing and rehearing *en banc* with the First Circuit, which had the effect of staying issuance of the First Circuit's mandate returning the case to this Court.  On November 9, 2009, Sonoran filed a motion for clarification of a single point of the First Circuit's opinion.

3. On November 25, 2009, this Court clarified that any orders made or schedules set during the November 5 status conference were suspended until such time as the Court reacquired jurisdiction of the matter following the First Circuit's disposition of PerkinElmer's petition for rehearing.

4. On January 5, 2010, the First Circuit entered orders denying PerkinElmer's petition for rehearing and plaintiff's motion for clarification.  Once the First Circuit's mandate issues, this case will proceed before this Court on remand with respect to plaintiff Sonoran's claim that PerkinElmer breached an implied contractual obligation to use reasonable efforts to conduct PerkinElmer's CTP business.

5. As the Court anticipated at the November 5 status conference, the time that elapsed while the First Circuit considered PerkinElmer's petition for rehearing has rendered this Court's previous schedule no longer effective.  A new schedule therefore is necessary with respect to at least the following:

- PerkinElmer's pending Motion for Summary Judgment;
- A motion by PerkinElmer to strike any purported expert affidavit used by Sonoran to oppose summary judgment;
- PerkinElmer's pending Motion for Permission to Rely on Expert Opinions Disclosed on June 16, 2008;

- The parties' pretrial disclosures of witness lists, exhibit lists, and deposition designations (required 30 days in advice of the final pretrial conference, pursuant to L.R. 16.5(C));

- The parties' pretrial objections to disclosed exhibits and deposition designations;

- A final pre-trial conference pursuant to L.R. 16.5; and

- Trial, if necessary.

6. PerkinElmer understands that counsel for Sonoran is presently on vacation in California until January 18, 2009.

Respectfully submitted,

PERKINELMER, INC.

| | |
|---|---|
| /s/ Jillian B. Hirsch | /s/ T. Christopher Donnelly |
| Jonathan I. Handler (BBO #561475) | T. Christopher Donnelly (BBO # 129930) |
| jihandler@daypitney.com | tcd@dcglaw.com |
| Jillian B. Hirsch (BBO #659531) | Adam B. Ziegler (BBO # 654244) |
| jbhirsch@daypitney.com | abz@dcglaw.com |
| Erica Tennyson (BBO #660707) | DONNELLY, CONROY & GELHAAR LLP |
| etennyson@daypitney.com | One Beacon Street, 33rd Floor |
| DAY PITNEY LLP | Boston, MA 02108 |
| One International Place | 617-720-2880 |
| Boston, MA  02110 | |
| (617) 345-4600 | |

Dated:  January 8, 2010

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Adam B. Ziegler, hereby certify pursuant to Local Rule 7.1(A)(2) that on January 8, 2010, I contacted the offices of Edward T. Dangel, counsel for Sonoran Scanners, inc. in a good faith effort to resolve or narrow the issues raised by the above motion.  I left a voicemail message for Mr. Dangel and sent him an email informing him of the nature of this motion.  From prior communications with his office, I understand that he is in California, reachable only through leaving messages at his office and sending emails, and that there are no other responsible attorneys able to discuss this matter in his absence.  As of the filing of this motion, I have not received any response from Mr. Dangel.

/s/ Adam B. Ziegler
Adam B. Ziegler

3

## **CERTIFICATE OF SERICE**

    I, T. Christopher Donnelly, hereby certify that on January 8, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

                                      /s/ T. Christopher Donnelly
                                      T. Christopher Donnelly