UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SONORAN SCANNERS, INC. and<br>JOSEPH P. DONAHUE,<br>    *Plaintiffs,*<br><br>v.<br><br>PERKINELMER, INC.,<br>    *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-12090-WGY |

## **AFFIDAVIT OF COUNSEL RELATING TO ATTACHED EXHIBITS**

I, Edward T. Dangel, III, being duly sworn do hereby under oath swear and affirm that

the Exhibits Attached hereto and utilized in Plaintiffs' various responses and oppositions to

Defendant's Motion for Summary Judgement on the issue of Reasonable Efforts are exact

duplicates of exhibits and documents in the record, all provided as "Dangel Exhibits", as follows:

Exhibit 1, Expert Report of Paul Baier

Exhibit 2, A page from a Report to PerkinElmer's Audit Committee, 2004

Exhibit 3, PerkinElmer Optoelectronics New Product Introduction, 2002

Exhibit 4, E-Mails re: Antley Competence, 2002

Exhibit 5, E-Mails re PerkinElmer Sales Effort in CTP, 2002

Exhibit 6, E-Mail re MacDermid Opportunity, 2002

Exhibit 7, PerkinElmer 10-K's (Excerpts) 2004

Exhibit 8, Supplemental Expert Report of Paul Baier

Exhibit 9, E-Mail re: no machine to NEXPO, 2004

Exhibit 10, E-Mail of August 23, 2001.

Additionally, provided herewith are true copies of various depositions of Daniel Iodinisi,

Guy Antley, Greg Baxter, Norm Bogen, and Joseph Donahue, and duly executed affidavits of

>Norman Bogen

>Norman Shaver

>David Costa

>Second Affidavit of Joseph Donahue.

Signed and sworn under the pains and penalties
of perjury this 22nd day of January, 2010.

Edward T. Dangel, III, BBO # 113580

# DANGEL EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SONORAN SCANNERS, INC.,<br>And<br>JOSEPH P. DONAHUE<br><br>Plaintiffs<br><br><br>v.<br><br>PERKINELMER, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 06-12090-RCL |

## INTRODUCTION

1. I have been retained by plaintiff counsel to provide my opinion on the sales and marketing efforts for the CactusSetter and ProForm Metro CTP products after the acquisition of Sonoran Scanners by PerkinElmer in May 2001.   My compensation of $250 per hour is paid by the plaintiff's counsel, and I have no past, current, or anticipated business or personal relationship with either the defendant or the plaintiff.  I have been retained once as an expert for the defendants in a certain patent infringement case by MacDermott Will & Emery.  I did not testify in that case.

2. Through my career, I have had considerable experience with acquisitions, product launches of large capital products (sold at $100,000 to $2m per unit), direct sales of complex products, and manufacturing.   I graduated from Kenyon College in 1988 with a degree in

Economics and from Harvard Business School in 1994. A copy of by Curriculum Vita (CV) is attached as Exhibit A. On the acquisition side, at Open Market, a $60m revenue firm, I was involved with the purchase of 2 firms: Waypoint, an early stage or pre-revenue firm purchased for $4m; and Folio, a $20m revenue company purchased for $45m. At Authoria, I was involved with the purchase of Advanced Information Management (AIM), a $3m revenue firm purchased for $15m, and with the purchase of Hire.com, a $15m revenue firm purchased for $25m. In all four cases, I was intimately involved with the acquisition decision-making and due diligence, and the post-close integration of operations, including product, marketing and sales. All acquisitions involved products that were large ticket items ($100,000 to $2m) sold to large companies over a 6-18 month sales cycle. In addition to acquisitions, I have been involved with fifteen (15) product launches of commercial, enterprise products, of which four (4) were new products requiring securing first-time customers and running trial or beta programs. All of these companies used a direct sales force. Additionally, my four years of management consulting at Deloitte Consulting exposed me to many aspects of the manufacturing process. In addition to studies of industrial products and product launches at Harvard Business School, I interned at United Technologies, a very large manufacturing firm, and analyzed the compensation of their sales force. All of these experiences are useful in the analysis of the new product introduction issues in this case. This background enables me to analyze the issues involved before and after Sonoran Scanners was purchased. Basically stated, when an innovator of a large capital product seeks a well funded public company as a partner of acquirer, it is looking for a firm that will provide substantial resources and effort to introduce or develop the sales, marketing and manufacturing capability of its product. The purchaser understands this and is looking to

2

leverage the Research and Development of the innovator and its expertise to sell the product to a much larger market and earn new revenue and profits.

3. I have reviewed the materials (exhibits, letters, presentations, and video) provided to me by plaintiffs' counsel. A list of the materials I have reviewed is attached hereto as Exhibit B. Sonoran Scanners had advanced printing machine then called the CactusSetter, which had garnered early industry interest and praise. The product was a working prototype or beta, meaning a product that is essentially ready for production, but had not yet been sold or run in production at a customer site. I have not evaluated the product and assume for this report that the product performed as specified. The product is an expensive piece of equipment, $400,000 to $500,000 per unit, that is used for mission critical, daily production at large city newspapers (like the Boston Globe), among other applications. Because of the mission critical nature of this product, customers need confidence the product will work as advertised and will work reliability in production. Customers also need to know that the manufacturer is fully committed to the product for the long term (for the next 5-15 years) and will stand behind it. A newspaper simply can't afford to have a machine go down when publishing the daily paper and not have technical support from the manufacturer. Hence, the extended evaluation times during the sales process and the high need for reliable products and post sale customer and product support by customers. This legal case involves the purchase of Sonoran Scanners by PerkinElmer for the assumption of retirement of debt ($3.5m) and an earn out based on sales and other factors. The acquisition closed in May 2001 and no units were sold in 2001, 2002, or 2003, and one unit was sold in 2004.

3

Analysis of 6 Key Questions

4. From my professional experience during the last 15 years with acquisitions and introduction of new capital products, a number of key activities are essential for success. For this analysis, I have identified six key elements and provide an analysis of each. These elements are:

   i.  Was there a viable market?

   ii.  Did purchaser understand this was a new product?

   iii.  Was there full corporate involvement and support in securing the first 5 customers?

   iv.  How well were product and market knowledge shared internally?

   v.  Were the right skills and incentives in place?

   vi.  Was there sufficient corporate budget?

I have evaluated PerkinElmer's sales efforts by these elements and have stated below my opinion, including assessment, related to each element.

5. 1) Was there a viable market?   Yes.   A number of facts indicate a promising market.  A key industry report by Seybold dated Sep 9, 2000 called CactusSetter 'the fastest plate setter on the market', and the founders of Sonoran Scanners projected units of 11, 32, 55 for years, 1,2 and 3 respectively, in their business plan [p. 41 Sonoran Business plan]. Moreover, the acquiring firm, PerkinElmer, in their document justifying the acquisition, estimated revenue of $4m in 2001, $8.8m in 2002, and $14.5m in 2003 [PKI acquisition document November 29, 2000).   The interest for a large order by MacDermid in 2002 and their sale of numerous units after MacDermid's purchased of the rights to manufacture the product also validates the market demand for this product.  Note when CatcusSetter was owned by

4

PerkinElmer, MacDermid indicated a possible purchase of 150 units, obviously because MacDermid saw the market potential. It is also notable that in the deposition of PerkinElmer executives, they admitted there was a strong demand for this machine and that competitors like Creo were successfully selling units in the market.

6. 2) Did purchaser understand this was a new product? Yes. Both the seller, Sonoran Scanners, and the buyer, PerkinElmer, acknowledge that Sonoran Scanners was an early stage company with an early prototype or beta product. In the Sonoran Scanners business plan, the company repeatedly described itself as a "development stage company." The acquiring firm, PerkinElmer, notes in its acquisition justification document that one of the disadvantages of the proposed acquisition was "only the prototype in existence, no beta sites established."

7. 3) Was there full corporate involvement and support in securing the first 5 customers? Very little evidence of this. The purchasing of mission critical products is an important decision by any firm because of the expense, critical nature of the applications, and high dollar amounts involved. Purchasing an innovating printing product for a daily newspaper is no different. This purchase would replace existing technology for printing the daily newspaper. Owners, executives, operations personnel, and managers at newspaper have to be very confidence that this new purchase will deliver the benefits as promised and perform as expected. While typically teams are involved in evaluating new capital purchases, inevitably one person is the "champion" at the customer of the purchase. If the product does not work as planned, it is not uncommon for the champion to be demoted or to even lose his job. In short, capital purchases involve risk. Even more risk, however, is associated with being first customer of a brand new, technology. While there is a bit of lower risk for being the second or third

5

customer, most companies are more comfortable when they know that tens or hundreds of a particular product are already successfully working in production at other customer sites for which they can visit to gain confidence and validate product claims.    To overcome this hurdle of buying the first few units, manufacturers typically need to provide a number of additional benefits to the customer.  One benefit is a strong demonstration of company commitment from senior management down to post sales customer service.  This typically involves getting senior management involved with the early prospects, frequent exchanges of status and "check in" calls, exchanges of home phone numbers, personal visits, and the involvement in the sales cycle of numerous employees at the selling firm.  Prospects are quite well aware that sales reps usually "disappear" after a sale is made.  From the evidence that I have seen, it appears that very little senior management commitment by PerkinElmer was demonstrated to early prospects. There is scant evidence that the general manager of the division, Greg Baxter, or his boss attended many or any early sales calls, nor is there any evidence that executives from PerkinElmer corporate met with prospects.  While the technical founder, Joe Donahue, was clearly involved the sales process, it was obvious to prospects that it was his company that was purchased.  Therefore, the support and commitment for which the prospects were looking was from PerkinElmer, the Fortune 500 corporate giant who make the acquisition.  In fact, there is evidence that a number of prospects questioned PerkinElmer's commitment to this product for the long term.

8. In a situation such as this involving a highly complex, capital product, it is common for the sales team to involve two people.  A sales rep who works traditional sales issues (qualifying the account, ensuring budget availability, asking for the sale, arranging meetings,

6

etc.) and a technical pre-sales engineer who answers technical questions about the product.   The sales rep, Guy Antley, did not have a technical pre-sales person helping him.   Mr. Antley was not an engineer and I get the sense he was left a bit on an island, trying to close deals by himself with help from Joe Donahue, the technical founder of Sonoran Scanners.    In addition to not having a technical pre-sales person,  it is surprising that the lone sales rep, Mr. Antley, did not have long term access to the prior sales rep, who obviously had close relationships with developers of the product, had a technical background, and was familiar with many of the early accounts.   If the existing sales force of an acquired firm is not going to be kept, it is common for the acquiring firm to retain one or more of the reps from the acquired firm and to make joint sales calls (often 20-40 calls) with the new reps to help the new reps learn.   I have seen no evidence that the original sales rep from Sonoran Scanners, Norm Bogen, did many or any joint sales calls with Mr. Antley or had a productive working relationship with him.    Also, there is no evidence of weekly calls with the management team (Greg Baxter, Joe Donahue) and sales (Guy Antley) going over each next step for the most promising customer or beta sites.    Note also that there is no evidence of PerkinElmer corporate executives participating in sales meetings or strategies, or offering creative ideas around financing, advertising, etc. to secure the first set of customers.   From reading the email exchanges and depositions, I cannot help but get the impression that the sales rep, Mr. Antley, was perhaps a competent sales rep for a mature product, but did not inspire confidence of the customer for an early purchase of a new product. Of course, even if he did inspire confidence, there is only so much a rep can do when selling the first few units -- early customers will demand evidence of corporate support.   The organizational response by PerkinElmer to the MacDermid sales opportunity appears to be especially weak.

7

This sales opportunity began before the acquisition and involved the purchase of a significant number of units. I would have expected PerkinElmer corporate to pull out all the stops for this business, particularly since the rest of the division was struggling. There is no evidence that this occurred.

9. To reduce risk for early customers, price and other concessions are often made. The evidence show that some concessions were made (extended warranty and free spare parts), but there was apparent continued unwillingness to address the major concession expected by first customers, which is the price of the product. Very few prospects expect to pay full or near full price for a first product, as they know there will inevitably be problems. These first customers are taking substantial risk with this mission critical product and they expect some compensation for this. The benefit for the first few customers is typically, probably inevitably, a significant price discount in exchange for being first. Later sales are easier for the selling firm since prospects know that other customers (usually at least three or five) are successfully using the new product in production. Both sides, buyer and seller, are "investors" in a sense with these first deals. The buyer takes some risk with a promising but unproven product. The seller realizes less profit or gross margin on the few units, knowing that these early successful customers will increase sales of future units at full price.

10. 4) How was product and market knowledge shared? Poorly. In any acquisition, a critical task is the identification and retention of key people. The identification of key people did occur, and all but the lead sales rep, Mr. Bogen, accepted full time offers. (Mr. Bogen did accept a two month consulting assignment, but there is little evidence that he spent much time with the new rep, Mr. Antley). From my experience, the retention and motivation of the top

8

sale reps is vital for any acquisition. These reps have been selling in this early market and have critical market knowledge, whereas reps newly assigned to this product would not. It is not uncommon for new sales reps for a capital product to have a 3 to 6 month learning curve. With a $4m estimate for sales in 2002 by PerkinElmer, it seems to me it would have been absolutely critical to retain and motivate the top rep at Sonoran Scanners, Mr. Bogen. Mr. Bogen knew the product, the early customers, and was probably the best chance for PerkinElmer to achieve their sales goals for 2001-3 for this product. While I don't know all the specifics of why Mr. Bogen did not accept, there is some evidence that he did not accepted because of a disagreement of $25,000 or so in compensation and hotel expense reimbursement. If this is true, this would be incredibly short sighted by PerkinElmer to lose an experienced sales rep of a $500,000 product for $25,000. Moreover, Mr. Bogen was a co-founder of Sonoran Scanners per Sonoran Scanners' business plan, so I would have assumed that he would have had a very high interest in seeing his early pioneering work made successful.

11. 5) Were the right skills and incentives in place? Not for sales. As the founder of the company with an earn out, Joe Donahue was highly motivated for sales success. But as a technical engineer, he probably wasn't highly sales-oriented, which is not uncommon. Typically, a technical founder is paired with a highly-motivated, sales-oriented person. One troubling aspect of the evidence is the apparent lack of financial upside provided to the sales rep, Mr. Antley, for selling a $400,000 product. From the deposition of Mr. Antley, it appears his base salary was $85,000 and bonus of perhaps 5%, or at most 10%, of his base salary. This provides very little financial incentive for anyone who has to deal with all the trials and tribulations of early market and early sales cycles. In my experience, I've seen sales reps with

9

50%, 100% or even 150% of their base as upside, and with additional sales incentives (say, $25,000) for the first sale of a new product. The evidence presented me did not have information about the incentive plan for Mr. Baxter, but as general manager and champion of the acquisition, I would expect that he as well would have material financial incentive for the success of this acquisition.

12. 6) Was there sufficient corporate budget? There appears not to have been. While the information on the sales and marketing budget is limited, it does not appear PerkinElmer invested heavily in this product to ensure success of achieving $4m in sales in 2001 and $8m in 2002. For new product introductions, firms commonly need to invest $30-70% of their sales in the early years as they develop the market. The PerkinElmer investment in the CactusSetter and ProForm Metro CTP products appears to be much lower than this.

### CONCLUSION

13. Based on my review of the materials provided and my experience in this area, it is my conclusion that effort made by PerkinElmer to market and sell the CactusSetter and ProForm Metro CTP products was unreasonably low and grossly inadequate. This acquisition was not staffed or set up for success. While I can't read the minds or hearts of the PerkinElmer executives, it seems that the company had very little or no commitment to this product and that the executives who had oversight of the sales effort had their attention focused elsewhere. There appears to be an irresponsible disregard for the market opportunity facing this product and for the $3.5m that PerkinElmer paid for the company. The market clearly existed, as competitors were closing deals, and after MacDermid took over, numerous units were sold. PerkinElmer had prospects (Penny Saver, MacDermid, Dallas Morning News, etc.) who were

10

interested in the product, yet no units were sold in 2001, 2002 or 2003   Clearly a blown

opportunity

DATED:                                                            Paul A. Baier

11

# EXHIBIT A

# PAUL A. BAIER
4 Cedar Street – Suite 201, Wellesley, MA 02481
Paul.Baier@gmail.com  Cell: 781-910-5467

**summary**
- Software executive experienced with rapid growth, SaaS, enterprise software, and offshore
- Proven ability to launch new products and to drive sales
- Dynamic, entrepreneurial leader and experienced team builder

**experience**

2004-08    **AUTHORIA**, *SVP Products*                                   **Waltham, MA**
$50mm enterprise, on-demand software vendor for HR applications. Responsibilities include Product Management, Engineering, On-Demand/SaaS Operations.

*Overall Business Results*
- Helped drive 170% revenue growth, $18m to $50m in 3 years
- Transitioned from premise to subscription, on-demand model
- Integrated two acquisitions across 4 locations
- Rebuilt product management, engineering and hosting team
- Managed 110 people and $11mm budget
- Grew Bangalore office from 0 to 115, used unique "team extension" model enabling development 20 hours per day with 95% retention rate

*Team Results for Product Management and Sales Support*
- Built product management to support 26 person sales team and to lead Engineering, with emphasis on unique value proposition
- Supported dozens of sales calls and customer deployments, including Reuters, Thermo Electron, Caterpillar and Kaiser

*Team Results in Engineering*
- Hired VP of Engineering, 3 directors, 2 architects, and numerous others
- Shipped 8 major product releases on-time, on-budget with high quality
- Transitioned 2 products from premise-based to hosted-based
- Re-wrote one product in 12 months, ensured successful deployment of 1st ten customers
- Integrated 4 products into seamless suite with common UI, security model, etc.
- Shipped one product 3 months early, generating $600,000 in revenue
- Transited development methodology from waterfall to Agile

*Team Results in On-Demand Operations*
- Hired VP and 1 directors; managed significant investment in performance and security to meet needs of American Express, Charles Schwab and others
- Improved uptime by 25%

*Leadership, Hiring, and Team Building*
- Built market and customer-orientated organization, with strong understanding of customer pain and competitive differentiation
- Cultivated strong "will to win" and culture based on 8 core values
- Developed 15 strong managers and leaders, with succession and development plans
- Ensured all employees had written quarterly goals and coaching feedback

| | | |
|---|---|---|
| 2004 | **VOICE OF THE FAITHFUL (VOTF) & BISHOPACCOUNTABILITY.ORG** | **Wellesley, MA** |

Founded 2 non-profits in response to sex abuse crisis in Catholic Church; both remain
ongoing operations with yearly budget of $300K each.

| | | |
|---|---|---|
| 2003 | **CHARLES RIVER VENTURES (CRV), Director of Business Development** | **Waltham, MA** |

Developed outreach program to CIOs, worked with startups, and evaluated deals.

| | | |
|---|---|---|
| 1999-03 | **PURCHASINGCENTER.COM / EXCARA, *Founder, CEO*** | **Burlington, MA** |

Business-to-business portal which switched to enterprise software (Excara). Identified
market need, developed strategy and business model, raised capital, hired team, executed
strategy, grew firm, and executed re-start.

*New Company Launch and Growth*
- Generated $1.2 revenue in first 12 months through 2 product launches
- Conducted 50 "voice of customer" interviews before beginning software coding
- Grew company rapidly from 2 to 110 people in 12 months
- Featured in articles in Business Week and Forbes
- Set-up 30 person development team and 100 person digitization team in India

*Recruiting and Team Building*
- Hired experienced team including CFO, VPs of Marketing, Sales, and Engineering
- Built sales organization of VP and 8 direct reps
- Created a positive, high performance and sales-orientated culture; 95% of
  employees would work again with CEO and management team

*Repositioning and Re-Start*
- Led complete re-start and re-positioning of company after 60% downsizing
- Defined new offering, and hired new VP of Sales and 5 reps
- Generated $1mm of new revenue within 9 months of re-start

*Board Management and Fundraising*
- Raised $34mm from CRV, Bessemer, Sigma Partners and Rho Management

| | | |
|---|---|---|
| 1995-99 | **OPEN MARKET, *Director, Business-to-Business Commerce*** | **Burlington, MA** |

Enterprise software company specializing in e-commerce. Joined pre-IPO and helped
drive sales growth to $61m. Led entry of new product that grew to $10m in revenues.

| | | |
|---|---|---|
| 1994-95 | **AMERICA ONLINE, *Director, Small Business*** | **Vienna, VA** |
| 1994-95 | **COMPARE.COM, *Founder*** | **Cambridge, MA** |
| 1988-92 | **DELOITTE CONSULTING**, *Senior Associate*, Manufacturing Practice | **Cleveland, OH** |

**education**

| | | |
|---|---|---|
| 1992-94 | **HARVARD BUSINESS SCHOOL,** MBA, entrepreneurial focus | **Boston, MA** |
| 1984-88 | **KENYON COLLEGE,** BA, Economics | **Gambier, OH** |

Graduated in top 5%, with highest honors. 4-year basketball captain.

**other**   Member, Advisory Board for HBS Center for Entrepreneurship. Lectured at HBS on
unpublished paper, *Business Plan Basics*, and profiled in HBS entrepreneurial video.
Enjoy playing piano and Great Books program.

# EXHIBIT B

# EXHIBIT B
## Paul Baier Documents

| π Exhibit Number | Bates Number | Document Description |
|---|---|---|
| 6 | | Asset Purchase Agreement |
| 7 | PE 000098-000110 | Donahue Offer of Employment (letter) |
| 8 | SS 00060-00062 | Schedule of offered employees |
| 11 | PE 005815 | Bogen Employment Offer (letter) |
| 12 | SS 00092-00134 | Sonoran Scanners Business Plan July 2000 |
| 13 | SS 02170-02180 | PE Sonoran Scanners Acquisition Lighting SBE Nov. 00 |
| 14 | PE 002266-002284 | Power Point Presentation "Market Overview for CTP Imaging Systems…" |
| 15 | SS 02462-02466 | CTP Data Sheet (email attachment) |
| 16 | SS 01970-01987 | System Spreadsheet |
| 26 | SS 04278 | Email Donahue to Antley & Baxter |
| 27 | SS 04286-04287 | Email J. Hall to Joe Donahue |
| 28 | SS 04476 | Email Donahue to Baxter re Antley |
| 30 | SS 04754-04755 | Fwded email J. Watkins to Donahue |
| 31 | PE 002590-002592 | Code Red Email Jurkiewicz to Goulet |
| 32 | PE 002230-002243 | NPI Prioritization Charts |
| 43 | PE 005826-005829 | Bogen Consulting Agreement |
| 45 | PE 005822 | Employee Salary Data |
| 52 | | Chart Key Financial Metrics |
| 53 | PE 003669-003700 | "2003AOP pitch 11.4.02" (email attachment) |
| 60 | SS 05155 | Email 5/21/03 Falcone to Baxter, Donahue, Iadonisi "Final Litho SGS P&L" |
| 68 | SS 04821-04824 | Email string Falcone, Donahue, Baxter, Roush, Czaja w/ Pricing Model Attachment |
| 69 | PE 001041-001043 | Email string Donahue, Baxter, et al re Pricing Model |
| 70 | SS 04845-04846 | Email string Donahue, Falcone, et al RE Revised MacDermid Quotation |
| 75 | SS 00322 | Newspaper Worldwide Exposure System Market - Offset and Flexo Combined |
| 77 | SS 04146-04147 | Cost of Ownership Comparison -- St. Louis Post-Dispatch (email attachment) |
| 83 | SS 04329-04330 | Email Attchmt (Antley to Donahue) Customer List |
| 87 | | abcdt Proposal for Mr. Omar Barnes |
| 92 | PE 000026 | CTP Sales Hurdles |
| 93 | SS 04165-04166 | Email 8/15/01 Antley to Thomas Keddy "FW: Metro CTP outlook" |
| 104 | SS 04559-04560 | Email 7/10/02 donahue to Baxter "FW: MacDermid, etc." |
| 106 | PE 000040-000043 | Letter 12/17/02, MacDermid to Donahue, requesting price quote |
| 107 | PE 000408-000410 | Email 12/27/02 Baxter to Manning "Fw: MacDermid - PerkinElmer Relationship" |
| n/a | | Transcript of Deposition of Guy Antley |
| n/a | | Transcript of Deposition of Dan Iadonisi and letter from KK to Paul Baier of 5/28/08 |
| | PE 000027-00028 | MacDermid Flexo CTP Pricing Analysis |
| | PE 000307-000309 | Newspaper Association of America "CTP Turns the Corner" |
| | PE 000491-000495 | "PerkinElmer Instructor Notes Day1 Part 1 1" |
| | PE 000542-000551 | abcdt NY Times Company Proposal |

# EXHIBIT B
## Paul Baier Documents

| | | |
|---|---|---|
| | PE 001018 | Email Jurkiewicz to Antley et al. RE: American Litho plates at the Post Tribune |
| | PE 001037-001039 | Email 1/14/03 Donahue to Falcone et al. "FW: Summary of our discussion on Saturday" |
| | PE 001104-001109 | Email 12/20/02 Donahue to Jurkiewicz, Problems w/ and Solution for Lithography Sys., with attch |
| | PE 001618-001619 | Notes of Guy Antley |
| | PE 001684 | Email 3/11/04 Antley to Iadonisi "FW: Basysprint" |
| | PE 001692 | Newspapers and Technology article, "CTP maintains its momentum" |
| | PE 001693-001702 | American Printer article "CTP moves forward" |
| | SS 02538-02539 | Email 6/4/01 Antley to Bogen "RE: Follow-up" |
| | SS 04336-04337 | Email 3/04/02 Antley to Baxter "RE: PennySaver Order Lost -- maybe..." |
| | PE 001213-001293 | Trip Reports of 12/5/01, 11/25/01, 11/15/01, 10/10 - 19/01, 7/30/01, 5/24/01,10/11/02, 10/1/02, 8/5/02, NEXPO 2002, 6/17/02,4/1 and 4/8/02, 2/18/02, 2/1/02, 10/13/03, 9/28/03, |
| | PE 001294-001296 | Memo Antley to Iadonisi et al Re: MacDermid/Flexo project review |
| | PE 001297-001328 | Trip Reports: NEXPO '03, Miami Herald, CTP Tech. Symposium Chicago, 5/12/03, 4/23/03, 3/17/03, 3/10/03, 2/10/03, |
| | PE 001329 | Email Antley to Baxter, 10/30/02 |
| | PE 001330 | CTP: Vendors' Installations |
| | PE 001331-001337 | SWOT ANALYSIS |
| | PE 001471-001472; PE 000532-000536 | LA Times Trip Report and Information |
| | | Notes for 6/25/08 meeting with ETD |
| | | "Summary of A) CTP Vendors and B.) CTP Purchased by Major US Newspapers" |
| | | CTP Information "Associated Newspapers Limited" pp. 7-12 |
| | | Lightfoot, David, "Methodology in Evaluating CTP Tech." Chesapeake Resource Group May 22, 2003 |
| | | creo "Trendsetter NEWS" |
| | | "Media Duck purchases KODAK TRENDSETTER NEWS" RISI, 10/11/06 |
| | | "Computer-to-Plate Update 2005" Ifra |
| | | Ernst, Heidi, "CTP in the USA, Today." NAA TechNews Sept./Oct. 99 |
| | | Ostrofsky, Steve, "For Smaller Papers, Quality Pays Off." NAA TechNews Sept./Oct. 99 |
| | | Wetmore, Pete, "Keyless: Still Not 'Set and Forget.'" NAA TechNews 2001 |
| | | Charts of CTP growth, 2001-2004, and marketshares in 2004 |
| | | "Four more newspaper printeres chose KODAK thermal CTP solutions." RISI Corporate Site, Sep. 6, 06 |
| | | "Agfa Graphics totals 100 newspaper CtP systems in Latin America." RISI Corporate Site, Oct. 9, 06 |
| | | "Five newspaper printers select Kodak thermal CTP solutions for speed and quality." RISI Corporate Site, Nov. 3, 06 |
| | | "Kodak Gains Momentum Heading into 2007 with 18 Thermal CTP Devices Placed." Printing NEWS, Jan. 23, 07 |

# EXHIBIT B
## Paul Baier Documents

| | | |
|---|---|---|
| | | "Kodak Sells 25 Thermal Platesetters, Peripherals." Editor & Publisher, Apr. 25, 08 |
| | | "Ten Newspaper Printers Turn to KODAK Solutions for Thermal Platesetters, Digital Plates, Workflow, Screening and Digital Solutions." Kodak.com, Mar. 6, 2007 |
| | | "The Minneapolis Star Tribune Purchases Three CtP Systems and :Akitex Software from Agfa." Agfa.com, May 6, 08 |
| | | "alfaQuest Installs at San Diego Union-Tribune." alfaquest.com, June 7, 05 |
| | | The Seybold Report, June 2, 97 |
| | | Mittelhaus, Michael, "More Violet, Direct-UV Choices Emerge for Newspapers." The Seybold Report, Nov. 24, 03 |
| | | Mittelhaus, Michael, "Impressions and Perspectives from Ifra." The Seybold Report, Feb. 22, 06 |
| | | Edwards, Stephen, "More Speed, New Options For Newspaper CTP." The Seybold Report, Nov. 11, 02 |
| | | "Status update: CTP for European newspapers." The Seybold Report, Dec. 17, 01 |
| | | The Seybold Report, pp. 10-11, Dec. 3, 2001 |
| | | "Platesetters for Newspapers: Speed Matters, Wavelength Doesn't." The Seybold Report, Nov. 20, 00 |
| | | Tribute, Andrew, "Is the U.S. Waking Up to Newspaper CTP?" The Seybold Report, May 31, 99 |
| | PE 001247-001248 | "New Firm Offers Fast CTP Imaging Low-Cost Plates." The Seybold Report, May 31, 99 |
| | | The Latest Word, The Seybold Report, Apr. 30, 99 |
| | | "CTP Status Report: When Will It Fulfill Its Promise?" The Seybold Report, Apr. 19, 99 |
| | | The Latest Word, The Seybold Report, Jun. 30, 99 |
| | | "Computer to Conventional Plate-- BasysPrint Shows the Way." The Seybold Report, Feb. 8, 99 |
| | | The Latest Word, The Seybold Report, May 31, 99 |
| | | Mittelhaus, Michael, "What is the Future of CTP?" The Seybold Report, Mar. 22, 06 |
| | | "In The Bulletin Since Last Issue," The Seybold Report, Mar. 22, 06 |
| | | The Seybold Report, Jan. 13, 03, pp. 1-12. |
| | | Edwards, Steve, "Products Plentiful at Nexpo 2004." The Seybold Report, July 7, 04 |
| | | The Seybold Report, Dec. 17, 01, pp. 28-32 |
| | | Edwards, Steve, "Epson, CTP Vendors Grab Headlines at Nexpo." The Seybold Report, July 29, 02 |
| | | Mittelhaus, Michael, "The Worldwide Newspaper CtP Market." The Seybold Report, Mar. 8, 06 |
| | | Junglas, Uwe, "CTP Maintains its momentum." Newspapers & Technology, Jan. 02 |
| | | Interview with Russ Newton, Newspapers & Technology, May 08 |
| | | McMeekin, Tara, "Ariz., Iowa dailies transition to thermal CTP." Newspapers & Technology, Jan. 07 |
| | | Prepress Briefs, Newspapers & Technology, Feb. 02 |
| | | Larson, Lisa, "New York Post mines four DiamondSetters for new facility." Newspapers & Technology, Jan. 01 |

# EXHIBIT B
## Paul Baier Documents

| | | |
|---|---|---|
| | | McMeekin, Tara, "CTP install puts Rotary Press on track to print New York Times." Newspapers & Technology, Jan. 02 |
| | | Duran, Marcelo, "Creo introduces CTP platesetter, announces installations." Newspapers & Technology, Jul 02 |
| | | Fournier, Vincent, "CTP plate issues: Pricing, new competition and technology." Newspapers & Technology, Jul. 02 |
| | | "News Journal purchases additional unit." Newspapers & Technology, Jul. 03 |
| | | Moozakis, Chuck, "CTP: North American dailies finally ready to make leap?" Newspapers & Technology, Jul. 03 |
| | | "Mortons reduces waste, replenish usage with new CTP chemistry." Newspapers & Technology, Oct. 03 |
| | | Willis, Paul, "What's really happening with news CTP?" Newspapers & Technology, Oct. 03 |
| | | McMeekin, Tara, "World Journal adopts CTP in bid to print sites." Newspapers & Technology, Dec . 03 |
| | | McMeekin, Tara, " Printer with old history gets new technology." Newspapers & Technology, Sept. 04 |
| | | McMeekin, Tara, "Great plate debate makes production managerse quake." Newspapers & Technology, Sept. 04 |
| | | "MacDermid ready to release CTP flexo." Newspapers & Technology, Sep. 05. |
| | | "Kodak to close CTP plate facility." Newspapers & Technology, Oct. 05 |
| | | McMeekin, Tara, "Major dailies find pleasing alternative after LY8 plate's elimination." Newspapers & Technology, Apr. 06 |
| | | McMeekin, Tara, "Newsday, Sun to commit violet CTP." Newspapers & Technology, Jan. 07 |
| | | Moozakis, Chuck, "Miami Herald taps Kodak for CTP deployment." Newspapers & Technology, Apr. 07 |
| | | McMeekin, Tara, "New York Times, Palm Beach Post beefing up CTP." Newspapers & Technology, Jun. 07 |
| | | "Nela marks 7th U.S. birthday with installations." Newspapers & Technology, Sept. 07 |
| | | "Agfa sets CTP deployments." Newspapers & Technology, Oct. 07 |
| | | McMeekin, Tara, "NYT, NI tap Agfa, commit to violet CTP." Newspapers & Technology, Dec. 05 |
| | | "Nexpo: AJC commits to CTP; Naples picks postpress." Newspapers & Technology, May 08 |

# DANGEL EXHIBIT 2

# CTP operations...

**PerkinElmer'**
precisely

⋏ Acquired Sonoran Scanners, Inc. for its computer-to-plate (CTP) operations in May 2001.

⋏ Purchase price of $3.5M

⋏ Intent was to leverage product and market attributes of Printed Circuit Board (Lithography) and CTP products within Optoelectronics. Product in development, no revenues since acquisition

⋏ Business discontinued at end of quarter
  - Significant investment required to bring product to market to competitors' level deemed prohibitive
  - Q304 writedown of $1.4M to reflect business assets at net recoverable value
  - $2.4M of goodwill currently recorded not deemed to be impaired due to integration of CTP business into Opto business
  - All business operations ceased prior to quarter end
  - Financial results classified as discontinued operations :

| $M | 2002 | 2003 | Q3 2004 | 2004 YTD |
|---|---|---|---|---|
| Operations loss | $1.2 | $2.6 | $0.5 | $2.3 |
| Disposition loss | - | - | $1.4 | $1.5 |

(all figures pre-tax)

**..... *qualifies as discontinued operations***

PE 0005869

§ Q4'03 trends AC 10.21.04

# DANGEL EXHIBIT 3



G. Basler
EXHIBIT: 32
DATE: 028408
CHRISTINA S. MORTON CSR 12465

# PerkinElmer Optoelectronics - NPI Prioritization

| Group | 2002 Revenue | Core | Sustaining |
|---|---|---|---|
| Aerospace | $25.3 | | MOTS Power Supply<br>L7040 Upgrade |
| Flash | $66.7 | 5th Generation Flash<br>Miniaturized Photoflash | Superior Photoflash<br>CW Cathode Photonics Lamp<br>Sapphire Coated Photonics Lamp<br>Lumenis Photonics Lamp<br>Integrex Photonics Lamp |
| Medical Lighting | $27.2 | 2000 hour 1" Lamp | XL1000 FOI<br>ML1000 FOI<br>ML2000 FOI<br>PS300-12 (PFC)<br>PS700-12 (PFC)<br>PS1000-12 (PFC) |
| Video Projection | $5.8 | XHP 270<br>XHP 160<br>5kW Sapphire<br>270W Sapphire<br>High Output 1200W Cermax<br>High Output 1500W Cermax<br>XHP Power Supply - AC | Long life 550W Cermax<br>Long life 420W Cermax<br>XHP Power Supply - DC |
| Digital Imaging | $62.8 | Angio Detector<br>3 Frame/sec. LAE<br>Video Speed LAE<br>8' LAE<br>CPM | Astrocam - slow speed<br>LD3500 CCD Camera |
| Lithography Sytems | $8.3 | Pro-Form Metro CTP | |
| Sensor Components | $84.2 | APD for PET Scanning<br>EPI APD<br>Harild<br>4-channel SPCM<br>TPMI<br>Braun TPS Assy.<br>Baggage Screen Arrays | Short Wave APD<br>BAE Sandwich<br>Hybrid 659 Detectors<br>UV Sensor<br>IRD Gas Module<br>Chrysler Sensor |
| Sensor Systems | $28.6 | Multigas Med. Sensor<br>Bio-rad Spectrometer<br>Instrument. Metrios Asy.<br>Mainstream Capnography<br>Invivo Transition | |
| Fiber Optic Test | $7.2 | | NetTest Module<br>OCT 8000 |

# Lithography NPI Prioritization



| Project | Cost to Complete | 2003 Cost | Revenue 2003 | Revenue 2005 | Competitive Situation | Urgency | Growth |
|---------|------------------|-----------|--------------|--------------|----------------------|---------|--------|
| ProForm Metro CTP | | | | | Medium | Low | Medium |

**B**

Project not being staffed.

PE 002235
CONFIDENTIAL

# DANGEL EXHIBIT 4



C. Baxter
EXHIBIT: 24
DATE: 022908
CHRISTINA S. MORTON CSR 12465

## Joe Donahue

| | |
|---|---|
| **From:** | Donahue, Joe |
| **Sent:** | Monday, October 22, 2001 5:37 PM |
| **To:** | Antley, Guy |
| **Cc:** | Keddy, Thomas; Baxter, Greg |
| **Subject:** | RE: Cost of Ownership Model - Philadelphia Newspapers |

Guy: I suggest a simple process. You send it to me with a realistic deadline date. If I don't respond by the deadline, it goes out as is. If I respond before with changes, we can discuss it. This way, we can account for the idiosyncratic nature of the COO spreadsheet. In time, all of the assumptions Norm Bogen and I developed over 3 years can be passed on and in time, you will be the COO Master.

FYI, the spreadsheet you are using is a contraction of a larger one we have used that more effectively deals with operating costs and laser replacements. For the more initiated customers (like those worried about the laser), we should consider incorporating some of those items into the spreadsheet. For the others, it is not necessary. I believe there are about 20 to 30 variations of the basic COO tailored for different customers. We have kept it simple up til now, but perhaps not simple enough.

Regarding Philadelphia, if the customer had a thing about peak printing period, we could leave it as is and lower our production rate a bit, citing "conservative thinking", to get from 3 to 4 machines. Our experience before PerkinElmer was that in all cases, if the customer had 8 lines of conventional printers, he would need 8 lines from us or 8 from hiws competition. Lowering the # of machines usually only occurs for special cases, like the Pennysaver.

Of the last 3 COOs I got, 2 had errors that could in time cast doubt upon our capability.

-----Original Message-----
| | |
|---|---|
| **From:** | Antley, Guy |
| **Sent:** | Monday, October 22, 2001 5:20 PM |
| **To:** | Donahue, Joe |
| **Cc:** | Keddy, Thomas; Baxter, Greg |
| **Subject:** | RE: Cost of Ownership Model - Philadelphia Newspapers |

Joe:

The customer was specific about the peak printing period for this exercise. He really runs a 24/7 operation and is fully aware he can plug in numbers to our model. No one got shorted, and there is a good chance they'll end up buying 5 before it's all over.

Again, the customer was specific about using an "average" of 8 off. We're aware of the past discussions, but for purposes of the exercise in front of the customer, they stressed an 8 off average.

Let me think on it tonight about reviewing all COO's before going out  - G

-----Original Message-----
| | |
|---|---|
| **From:** | Donahue, Joe |
| **Sent:** | Monday, October 22, 2001 4:49 PM |
| **To:** | Antley, Guy |
| **Cc:** | Keddy, Thomas; Baxter, Greg |
| **Subject:** | RE: Cost of Ownership Model - Philadelphia Newspapers |

Guy:

I have reviewed the attached COO and have some questions. Did they tell you an exact peak printing period? If not and if you had lowered the # to 4.5 from 5.5, ALL 3 scenarios would have 4 machine sales. Instead, we may have shorted ourselves 1 machine (4 rather than 3). As I have said in the past, there is room in the spreadsheet for us to maneuver for more or less sales.

Also, I seem to remember during an earlier discussion that even though they were 8 off for a certain % of production, they were < 8 (2?) off for a smaller % and when weighted in the COO spreadsheet, this made the

1

effective number much lower than 8, resulting in additional benefit to us.

**PLEASE, review the COO's with me first before sending them out to potential customers.**
**Thanks..............Joe**

-----Original Message-----
**From:**        Antley, Guy
**Sent:**        Monday, October 22, 2001 4:01 PM
**To:**  'mcparts@phillynews.com'
**Cc:**  'mcelwep@phillynews.com'; 'kjoyce@phillynews.com'; Keddy, Thomas; Donahue, Joe
**Subject:**      Cost of Ownership Model - Philadelphia Newspapers

Hi Scott:
Here is the model we worked on last Thursday. You can plug in "real" numbers in the event
things change.

Our sincere thanks to your entire team. We learned a lot, and trust it was a meaningful
couple of hours for you guys.

Please let me know if you have any questions. I will be contacting you again in the near
future regarding plates, after we've had a chance to look at the files Kelly copied for us.

Best regards, G

      << File: 18oct01 - coo model.xls >>

Guy Antley
North America Sales Manager - Lithography Systems
PerkinElmer Optoelectronics
Azusa, CA
Ph: 626-815-3132
FAX: 626-815-3131
Cell: 626-991-0040
E-mail: guy.antley@perkinelmer.com

2

SS 04200

G. Baxter
EXHIBIT: 28
DATE: 62290S
CHRISTINA S. MORTON CSR 12485

**Joe Donahue**

| | |
|---|---|
| **From:** | Donahue, Joe |
| **Sent:** | Friday, May 31, 2002 4:14 PM |
| **To:** | Baxter, Greg |
| **Subject:** | Guy Antley |

Greg - we need to have a discussion about Guy.

In a discussion with me today, he essentially told me to get out of his tree and give him room to do his own thing. In case you are not fully aware, I have spent a lot of time reviewing almost everything he produces relative to CTP and adding value, correcting mistakes, etc. As a team player with a significant interest in this business and someone that has done a lot of marketing and selling over the last 20+ years, I am happy to assist Guy and let him take the credit.

As examples of his less than stellar performance, I cite his butchering of the Cost-of-Ownership spreadsheets that even after 10 months post acquisition, are still occasionally messed up. In one very recent case, his spreadsheet showed an error of over $8 Million in ROI and he didn't even have an inkling it was in error. I also cite the recent embarrassing and unprofessional first drafts of the NEXPO and Wholesale press releases. Guy doesn't have the feel for the business to realize when he has stepped on a land mine. He still asks us embarsssingly dumb questions about the product and sometimes does this in front of non-PKI employees. **But I am a stubborn fellow and will not give up on a person if he hasn't closed his mind.**

What I find particularly unacceptable now is Guy's insistence upon doing his own thing. I am concerned he is going to bypass the main guy covering his rear (that's me) and if left unattended, he will continue to embarrass us and potentially have deleterious effects on our sales potential. I have had comments from a few people on the outside world, including Jerry Hall of MacDermid, questioning Guy's competency. Who knows where else he has embarrassed us? He has proven to me us can't think on his feet.

Up until now, I have not come to you with this issue and have chosen to work with Guy. You mentioned last year that once we got orders, we'd get a new CTP sales manager. If this happens, let's hope this new person has a lot more knowledge of the CTP business and is a lot more commercially and technically saavy.

Joe Donahue
PerkinElmer Optoelectronics
Lithography Systems - Tucson
TEL: 520-617-0072 x500
FAX: 520-617-0806
email: joe.donahue@perkinelmer.com
Street: 10831 N. Mavinee Blvd., Suite 185, Oro Valley, AZ 85737
Mail:    P.O. Box 35700, Tucson, AZ 85740-5700

1

SS 04476

# DANGEL EXHIBIT 5

**Joe Donahue**

C. Baxter
EXHIBIT: 30
DATE: 022908
CHRISTINA S. MORTON CSR 12466

| From: | Baxter, Greg |
|---|---|
| Sent: | Wednesday, October 30, 2002 12:18 AM |
| To: | Donahue, Joe |
| Subject: | RE: PerkinElmer Future |

This in some way is going to help? or hurt?

I'll talk with you next week.

Greg

-----Original Message-----
From: John Watkins [mailto:JWATKINS8@cfl.rr.com]
Sent: Monday, October 28, 2002 3:37 PM
To: Donahue, Joe
Cc: Baxter, Greg; Murphy, John; Summe, Gregory
Subject: PerkinElmer Future


Dear Joe:

I am aware that corporate patience with Lithography Systems
is beginning to wear thin.  Here is some unsolicited advice
to help solve the current problems and restore faith in
this group:

1. Fix the sales and marketing problem.

The company's grossly incompetent decision to stick you
with a retread sales guy and severely underfund the sales
and marketing effort (a part of one incompetent person!) is
costing the company dozens of sales, costing you several
million dollars, and costing the rest of us our share of
the pool that was set up when PerkinElmer purchased Sonoran
Scanners' assets. Face the facts, Joe. Even though we have
a great machine and several major metropolitan newspapers
say PerkinElmer has THE CTP solution, PerkinElmer is
running at the rear of the pack.  Creo started in the
newspaper market a year ago, after PerkinElmer, and now
forecasts almost 100 newspaper CTP systems delivered by the
end of 2002. And, their technical solution is not the
preferred approach according to most major U.S.
metropolitan newspapers. A brand new UV CTP competitor
Alfaquest hasn't even finished the design of their system
and they claim 7 systems sold already. And I see Basys has
begun to make some important inroads into the newspaper
market with a number of recent successes. What has this
sales guy been doing over the past year and a half? It
appears the few sales we have are a result of other
people's efforts or influence.  I attended the 2002 Nexpo
show in Orlando and heard first-hand the sales guy making a
fool of himself and embarrassing PerkinElmer. It was clear
to me that he knows little about the newspaper business and
for sure does not understand the CTP machine he is supposed
to sell.  I brought this up with Greg Baxter at the show
and Greg said that he was aware that he had to do something
about the sales guy.  It now appears that Greg has done
nothing and the problem has not been solved.  No wonder
your sales are pitifully small.

2. Reorganize Lithography Systems.

1

The products made in Azusa are either targeted at contracting markets or they miss the mark (the G-2). Why spend tight resources on a market no larger than $50 MM in good years? PerkinElmer should focus on the large bogey, CTP, that is 10 to 20 times larger. The overhead in Azusa is abysmally high. We were sand-bagged about the efficient overhead in Azusa so that there is no way we could ever meet the years 3 thru 5 earn-outs in the Sonoran Scanners purchase contract and our individual incentive programs. According to my personal experience and feedback from my sources, the staff in Azusa is under-qualified. Therefore, you can make a large dent in the overhead problem with a big cut in the Azusa staff. And by no means should you reduce the bare bones staff in Tucson. Any reductions in your technical staff will severely affect your ability to address continuing technical issues on this very complex product and further guarantee our inability to recover our investments in Sonoran Scanners. As a matter of fact, you need to add two to four people to the Tucson team as soon as possible. The Tucson people are definitely among the most efficient and talented in the entire corporation. I have worked with them as COO of Sonoran Scanners and with over 40 years of experience working with and managing some of the most talented people in the electro-optics world, I know quality people when I see them.

3. Push the biochip direct imaging project.

For heaven's sake, with potential customers calling this concept the dream product and with PerkinElmer in desperate need of exciting new products, you need to push this project to reality now. I am available to assist you on this project if you need me.

2

SS 04755