UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SONORAN SCANNERS, INC. and<br>JOSEPH P. DONAHUE,<br>        *Plaintiffs*<br><br>v.<br><br>PERKINELMER, INC.,<br>        *Defendant*. | )<br>)<br>)<br>)<br>) Civil Action No. 06-12090-WGY<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT PERKINELMER, INC.'S MOTION TO STRIKE THE OPINIONS OF PAUL BAIER REGARDING PERKINELMER'S CTP EFFORTS

Defendant PerkinElmer, Inc. hereby moves to strike the proposed expert testimony of Paul Baier regarding PerkinElmer's CTP efforts, which plaintiff Sonoran Scanners, Inc. submitted in opposition to PerkinElmer's motion for summary judgment. As demonstrated in PerkinElmer's supporting memorandum, Baier's opinions do not satisfy the admissibility standards of Fed. R. Evid. 702, as construed in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 592-93 (1993), and *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 149 (1999).

### REQUEST FOR HEARING

Pursuant to LR 7.1(D), PerkinElmer requests oral argument, as it believes argument may assist the Court in its consideration of the issues presented by this motion.

Respectfully submitted,

PERKINELMER, INC.

/s/ T. Christopher Donnelly
T. Christopher Donnelly (BBO # 129930)
tcd@dcglaw.com
Adam B. Ziegler (BBO # 654244)
abz@dcglaw.com
DONNELLY, CONROY & GELHAAR LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
617-720-2880

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Adam B. Ziegler, hereby certify pursuant to Local Rule 7.1(A)(2) that on January 29, 2010, I spoke to Edward T. Dangel, counsel for Sonoran Scanners, Inc. in a good faith effort to resolve or narrow the issues raised by the above motion, and that counsel were unable to resolve the issue.

/s/ Adam B. Ziegler
Adam B. Ziegler

**CERTIFICATE OF SERICE**

I, T. Christopher Donnelly, hereby certify that on January 29, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

/s/ T. Christopher Donnelly
T. Christopher Donnelly