UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SONORAN SCANNERS, INC. and <br> JOSEPH P. DONAHUE, <br>     *Plaintiffs* <br><br> v. <br><br> PERKINELMER, INC., <br>     *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-12090-WGY <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT PERKINELMER, INC.'S MOTION TO STRIKE THE OPINIONS OF PAUL BAIER AND JOSEPH DONAHUE ABOUT WHAT WOULD HAVE HAPPENED IN THE WORLDWIDE CTP MARKET
### BUT FOR PERKINELMER'S ALLEGED BREACH

Defendant PerkinElmer, Inc. hereby moves to strike proposed expert testimony of Paul Baier and Joseph Donahue regarding what would have happened in the worldwide CTP market had PerkinElmer not allegedly breached the APA, which plaintiff Sonoran Scanners, Inc. submitted in opposition to PerkinElmer's summary judgment motion. As demonstrated in PerkinElmer's supporting memorandum and other papers, Baier's and Donahue's opinions do not satisfy the admissibility standards of Fed. R. Evid. 702, as construed in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 592-93 (1993), and *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 149 (1999).

### REQUEST FOR HEARING

Pursuant to LR 7.1(D), PerkinElmer requests oral argument, as it believes argument may assist the Court in its consideration of the issues presented by this motion.

                                        Respectfully submitted,

                                        PERKINELMER, INC.

                                        /s/ T. Christopher Donnelly
                                        T. Christopher Donnelly (BBO # 129930)
                                        tcd@dcglaw.com
                                        Adam B. Ziegler (BBO # 654244)
                                        abz@dcglaw.com
                                        DONNELLY, CONROY & GELHAAR LLP
                                        One Beacon Street, 33rd Floor
Dated:  January 29, 2010                Boston, MA 02108
                                        617-720-2880

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

     I, Adam B. Ziegler, hereby certify pursuant to Local Rule 7.1(A)(2) that on January 29, 2010, I spoke to Edward T. Dangel, counsel for Sonoran Scanners, Inc. in a good faith effort to resolve or narrow the issues raised by the above motion, and that counsel were unable to resolve the matter.

                                        /s/ Adam B. Ziegler
                                        Adam B. Ziegler

## CERTIFICATE OF SERICE

     I, T. Christopher Donnelly, hereby certify that on January 29, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

                                        /s/ T. Christopher Donnelly
                                        T. Christopher Donnelly