UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
SONORAN SCANNERS, INC. and     )
JOSEPH P. DONAHUE              )
                               )
              Plaintiffs,      )
                               )
      v.                       )   CIVIL ACTION
                               )   NO. 06-12090-WGY
PERKINELMER, INC.              )
                               )
              Defendant.       )
_____)
```

MEMORANDUM AND ORDER

YOUNG, D.J.                                          February 19, 2010

This claim arises from an Asset Purchase Agreement ("Purchase Agreement") pursuant to which the Defendant, PerkinElmer, Inc. ("PerkinElmer") acquired substantially all of Sonoran Scanners, Inc.'s ("Sonoran") assets and business. PerkinElmer seeks summary judgment in respect of the breach of contract claim asserted by Sonoran and Joseph P. Donahue ("Donahue") (collectively, the "Plaintiffs").

Genuine issues of material fact remain as to whether there was a breach of the implied obligation under the Purchase Agreement to use reasonable efforts to develop and promote Sonoran's technology and whether such a breach caused the damages which the Plaintiffs claim.

Accordingly, PerkinElmer's Motion for Summary Judgment [Docket No. 63] is DENIED.

SO ORDERED.

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE